RETTER, Respondent, v. OLEAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.)

Action by John D. Retter against the Olean Street Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the finding of the jury that the plaintiff was hurt at the time of the derailment of the car is against the weight of the evidence.

SPRING, J., not sitting.